# UNITED STATES DISTRICT COURT



CLERK'S OFFICE
A TRUE COPY
Sep 23, 2022
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

APPROXIMATELY 39,500 TETHER (USDT), AND ANY OTHER CRYPTOCURRENCY ON DEPOSIT IN BINANCE ACCOUNT USER ID #78437498, HELD IN THE NAME OF RAHUL SETH

Case Number: 22 MJ 161

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, Brian Wallander, being duly sworn depose and say:

I am a Task Force Agent assigned to the United States Secret Service, and have reason to believe that in the Northern District of California there is now certain property, namely, approximately 39,500 Tether (USDT), and any other cryptocurrency on deposit in Binance account user ID #78437498, held in the name of Rahul Seth, that is civilly forfeitable under 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 984, including cross-references to 18 U.S.C. §§ 1956(c)(7) and 1961(1), and criminally forfeitable under 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) in conjunction with 28 U.S.C. § 2461(c), as property that (1) constitutes or is derived from proceeds traceable to specified unlawful activity, namely, wire fraud in violation of 18 U.S.C. § 1343; and (2) was involved in, or is traceable to funds involved in, money laundering transactions in violation of 18 U.S.C. §§ 1956 and 1957, and which property is therefore also subject to seizure for purposes of civil forfeiture under 18 U.S.C. § 981(b) and for purposes of criminal forfeiture under 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(f).

The application is based on these facts:

✓ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Signature of Affiant
Brian Wallander

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

_9/23/2022 at 12:22 PM_
Date and time issued

at _Milwaukee, Wisconsin_
City and State

_William E. Duffin, U.S. Magistrate Judge_
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

| Return | | |
|---|---|---|
| Case No.: 210-813-21662 | Date and time warrant executed: 09/30/22 05:16 CST | Copy of warrant and inventory left with: BINANCE |

Inventory made in the presence of:

Michael Nameth, Special Agent, USSS

Inventory of the property taken:

BINANCE ACCOUNT USER ID # 78437498

PUBLIC KEY bc1qm341sc65zpw791kes69zkqmk6ce3ewf8j77s3h

IN THE AMOUNT OF $39,500.53 USD

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/01/22

_____
Executing officer's signature

PHILIP J. TRIER     SPECIAL AGENT
Printed name and title

CLERK'S OFFICE
A TRUE COPY
Sep 23, 2022
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
*(Address or brief description of property or premises to be seized)*

APPROXIMATELY 39,500 TETHER (USDT), AND ANY OTHER CRYPTOCURRENCY ON DEPOSIT IN BINANCE ACCOUNT USER ID #78437498, HELD IN THE NAME OF RAHUL SETH

Case Number: 22 MJ 161

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO: **BRIAN WALLANDER, a Task Force Agent assigned to the United States Secret Service, and any Authorized Officer of the United States**.

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Approximately 39,500 Tether (USDT), and any other cryptocurrency on deposit in Binance account user ID #78437498, held in the name of Rahul Seth

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before __10/7__, 2022
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge William E. Duffin.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ___ days. *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of ___

Date and time issued  9/23 , 2022; 12:21 p.m.

*William E. Duffin*
*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*